VICTOR BATSHEVER et al., Appellants, v JAFAR JAFAR et al., Respondents.

Submitted November 15, 2010; decided January 11, 2011

Motion, insofar as it seeks leave to appeal from the September 2010 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the May 2010 Appellate Division order, dismissed for failure to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2). Motion for poor person relief dismissed as academic.

---

JAMES BRADY et al., Appellants, v 450 WEST 31ST OWNERS CORP., Respondent, et al., Defendants.

Submitted December 6, 2010; decided January 11, 2011

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 15 NY3d 710 (2010)].